UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America,

    Plaintiff,                                  10CR30113-001-DRH

    v.

Kevin J. Carver,

    Defendant,

===================================
Capital Bank and Trust Company,
c/o American Funds Service Company,

    Garnishee.

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on August 30, 2011, stating at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant.

On October 19, 2011, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay the funds in Defendant's IRA account to Plaintiff. Payment should not exceed $49,975.00, the remaining balance due on the judgment debt. Garnishee should take such funds, as are available, from the account

and remit payment to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

Dated: November 17, 2011

Digitally signed by
David R. Herndon
Date: 2011.11.17
10:04:04 -06'00'

Chief Judge
United States District Court