IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

       **Plaintiff,**       Case No. 3:10CR30113-001-DRH

  v.

**Kevin J. Carver,**

       **Defendant,**
====================================
**Capital Bank and Trust Company,**
**c/o American Funds Service Company,**

       **Garnishee.**

### ORDER

Upon motion of the United States of America (Doc 63), pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby

**ORDERED** the Garnishment in this cause be and the same is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

    **DATED: January 10, 2012**

David R. Herndon
2012.01.10
09:44:18 -06'00'

**Chief Judge**
**United States District Court**