**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

       **PLAINTIFF,**

       **v.**                    **CRIMINAL NO. 10-30113-DRH**

**KEVIN J. CARVER,**

       **DEFENDANT.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### WITH RESPECT TO FOUR FIREARMS AND AMMUNITION
### (FINAL ORDER OF FORFEITURE)

On June 17, 2011, this Court entered an order for forfeiture against defendant Kevin J. Carver, for the following property which had been seized from said defendant:

    **A.**    **One Winchester, Model 94, .30-30 caliber, lever action rifle, bearing serial
number 513180;**

    **B.**    **One Remington, Model Wingmaster 870, 12 gauge shotgun, bearing serial number W148189V;**

    **C.**    **One Remington, Model Speedmaster 552, .22 short-long and long rifle caliber rifle, bearing serial number A1885589;**

    **D.**    **One Ruger, Model New Blackhawk, .357 Magnum caliber revolver, bearing serial number 33-40537; and**

    **E.**    **Any and all ammunition contained therein or seized with the above firearms.**

Said order further provided that the government would provide an opportunity

for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning June 25, 2011, and ending July 24, 2011, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on June 17, 2011, namely:

**A.     One Winchester, Model 94, .30-30 caliber, lever action rifle, bearing     serial number 513180;**

**B.     One Remington, Model Wingmaster 870, 12 gauge shotgun, bearing serial number W148189V;**

**C.     One Remington, Model Speedmaster 552, .22 short-long and long rifle caliber rifle, bearing serial number A1885589;**

**D.     One Ruger, Model New Blackhawk, .357 Magnum caliber revolver, bearing serial number 33-40537; and**

**E.     Any and all ammunition contained therein or seized with the above        firearms.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. Said disposal may, at the discretion of the United States, include the destruction of the property. Said

destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms and Explosives.

**DATE: May 4, 2012**

Digitally signed by David R. Herndon
Date: 2012.05.04 14:05:18 -05'00'

**Chief Judge
United States District Court**